IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK HAMILTON BANKS, #05711-068                                    PETITIONER

VERSUS                                             CIVIL ACTION NO. 5:08cv153-DCB-MTP

WARDEN BRUCE PEARSON, et al.                                           RESPONDENTS

ORDER

This cause comes before the court, *sua sponte*.  Having considered the issues presented by the petitioner[1] in the instant petition and in light of *Tischendorf v. Van Buren*, No. 07-11262 (5th Cir. Dec. 11, 2007) pending before the United States Court of Appeals for the Fifth Circuit, this court has determined that this civil action shall be stayed pending the Fifth Circuit's decision in *Tischendorf v. Van Buren*.

SO ORDERED, this the    30th    day of June, 2008.


                                                     s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE

---

[1] Notwithstanding the sections of the Code of Federal Regulation he is relying on, petitioner claims that he should be released to a half-way house or Community Correction Center.